



**OFFICE OF THE PROTHONOTARY**

**MARK LEVY**
PROTHONOTARY

**ANGELINA S. FOCHT**
FIRST DEPUTY

**COUNTY OF MONTGOMERY**

19-2593

COURT HOUSE
P O BOX 311
NORRISTOWN, PENNSYLVANIA
19404-0311

Date: 07/11/2019                    ARCARE INC

Case #: 2019-06950                       vs.

DUCHESNAY USA

**FILED**
JUL 1 2 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

BY ORDER OF THE COURT, DATED 07/09/2019   THE ABOVE MATTER HAS BEEN

TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF

PENNSYLVANIA.

I AM ACCORDINGLY SENDING YOU HEREWITH CERTIFIED COPIES OF DOCKET

ENTRIES AND ALL RECORDED PAPERS ON THE ENCLOSED CD.

VERY TRULY YOURS

BRYAN HART

APPEALS   CLERK

ENCLOSURE:  CERTIFIED DOCKET ENTRIES AND CD

CERTIFIED MAIL NO.  7017 1000 0000 5885 9908



2019-06950-0006  7 11/2019 10 28 AM # 12382755
Rcpt#Z36842C1  Fee $0 00  Papers forwarded to
Main (Public)
MontCo Prothonotary

