#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARCARE, INC.** | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 2:19-cv-02593-JS |
| **DUCHESNAY USA** | |
| Defendant. | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, ARcare, Inc. ("Plaintiff"), individually, Defendant/Third-Party Plaintiff, Duchesnay USA ("Duchesnay"), and Third-Party Defendant, QPharma, Inc. ("QPharma"), submit this joint stipulation of voluntary dismissal with prejudice of the above-captioned action, which is signed by all parties.

The parties stipulate that all of Plaintiff's claims against Duchesnay and all of Duchesnay's third-party claims against QPharma in the above-captioned case should be dismissed with prejudice, with Plaintiff, Duchesnay, and QPharma each bearing responsibility for their own attorney's fees, costs, and other expenses incurred in connection with this case.

DATED: April 6, 2020                      Respectfully submitted,

                                        By*:*   */s/Randall K. Pulliam*
                                                    Randall K. Pulliam, Esq.
                                                    Edwin Lee Lowther
                                                    **CARNEY BATES & PULLIAM, PLLC**
                                                    519 W. 7th Street
                                                    Little Rock, Arkansas 72201
                                                    rpulliam@cbplaw.com
                                                    llowther@cbplaw.com
                                                    Telephone: (501) 312-8500

                                                    Kenneth J. Grunfeld

**GOLOMB & HONIK**
1835 Market Street, Suite 2900
Philadelphia, PA  19103
kgrunfeld@golombhonik.com
Telephone: (215) 985-9177

*Attorneys for Plaintiff ARcare, Inc.*


By*:*    */s/Ezra D. Church*
Ezra D. Church, Esq.
Kristin M. Hadgis, Esq.
ezra.church@morganlewis.com
kristin.hadgis@morganlewis.com
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

*Attorneys for Duchesnay USA, Inc.*


By*:*    */s/Saleem Mawji*
Saleem Mawji, Esq.
smawji@norris-law.com
Norris, McLaughlin, PA
515 W. Hamilton St., Suite 502
Allentown, PA 18101
(610) 391-1800

*Attorney for QPharma, Inc.*

**CERTIFICATE OF SERVICE**

  I, Kenneth J. Grunfeld, Esquire, hereby certify that on this 6th day of April 2020, a copy of the foregoing Joint Stipulation of Dismissal with Predjudice was filed and served upon all counsel via operation of the Court's CM/ECF system.

                */s/ Kenneth J. Grunfeld*
                Kenneth J. Grunfeld, Esq.