IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARCARE, INC.<br><br>        Plaintiff,<br>v.<br><br>DUCHESNAY USA<br><br>        Defendant. | CIVIL ACTION<br><br>NO. 2:19-cv-02593-JS |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, ARcare, Inc. ("Plaintiff"), individually, Defendant/Third-Party Plaintiff, Duchesnay USA ("Duchesnay"), and Third-Party Defendant, QPharma, Inc. ("QPharma"), submit this joint stipulation of voluntary dismissal with prejudice of the above-captioned action, which is signed by all parties.

The parties stipulate that all of Plaintiff's claims against Duchesnay and all of Duchesnay's third-party claims against QPharma in the above-captioned case should be dismissed with prejudice, with Plaintiff, Duchesnay, and QPharma each bearing responsibility for their own attorney's fees, costs, and other expenses incurred in connection with this case.

DATED: April 6, 2020                Respectfully submitted,

                                          By:    */s/Randall K. Pulliam*
                                                    Randall K. Pulliam, Esq.
                                                    Edwin Lee Lowther
                                                    **CARNEY BATES & PULLIAM, PLLC**
                                                    519 W. 7th Street
                                                    Little Rock, Arkansas 72201
                                                    rpulliam@cbplaw.com
                                                    llowther@cbplaw.com
                                                    Telephone: (501) 312-8500

                                                    Kenneth J. Grunfeld

**GOLOMB & HONIK**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
kgrunfeld@golombhonik.com
Telephone: (215) 985-9177

*Attorneys for Plaintiff ARcare, Inc.*

By:     /s/Ezra D. Church
        Ezra D. Church, Esq.
        Kristin M. Hadgis, Esq.
        ezra.church@morganlewis.com
        kristin.hadgis@morganlewis.com
        Morgan, Lewis & Bockius, LLP
        1701 Market Street
        Philadelphia, PA 19103
        (215) 963-5000

*Attorneys for Duchesnay USA, Inc.*

By:     /s/Saleem Mawji
        Saleem Mawji, Esq.
        smawji@norris-law.com
        Norris, McLaughlin, PA
        515 W. Hamilton St., Suite 502
        Allentown, PA 18101
        (610) 391-1800

*Attorney for QPharma, Inc.*

So ORDERED, this 7th day of April, 2020.

BY THE COURT:

_____
JOHN M. GALLAGHER
United States District Court Judge